```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ELMER AMAYA, individually and on behalf of all                     :
others similarly situated,                                         :
                                                                   :
                                Plaintiff,                         :    20-cv-0954 (LJL)
                                                                   :
        -v-                                                        :    ORDER
                                                                   :
149 DELI CORP., et al.,                                            :
                                                                   :
                                Defendants.                        :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2020

LEWIS J. LIMAN, United States District Judge:

The Court held an initial pretrial conference on April 24, 2020. Defendants did not appear, nor have they appeared in this action.

It is hereby ORDERED that if Defendant has not appeared in the case by June 15, 2020, Plaintiffs are directed to file a motion for default judgment according to this Court's Individual Practices in Civil Cases. A hearing on the motion is scheduled for July 14, 2020 at 5:00 p.m.

Counsel for Plaintiff is ordered to notify Defendants of this Order.

SO ORDERED.

Dated: April 24, 2020
       New York, New York
                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge